# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re  CATHERINE HALLER GOODMAN                     Case No. 08-33370-DOT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | HSBC Bank Nevada and its Assigns |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 35480
    Newark, NJ 07193-5480

Court Claim # (if known):  9
Amount of Claim:  $1,462.41
Date Claim Filed:  10/22/2008

Phone: 610-644-7800                                     Phone: 702-243-1049
Last Four Digits of Acct #:  2840                       Last Four Digits of Acct #:  2840
Last Four of Alternate Acct #:                          Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ ALANE A. BECKET                                Date:  05/22/2009

    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

HPT81110

